No. 03–5152.  IN RE TIBBS;
No. 03–5214.  IN RE BANKSTON;
No. 03–5309.  IN RE SEXTON;
No. 03–5371.  IN RE GORMAN;
No. 03–5378.  IN RE ZUNIGA-HERNANDEZ;
No. 03–5468.  IN RE BUSH;
No. 03–5482.  IN RE RIEMER;
No. 03–5602.  IN RE McQUIDDY;
No. 03–5696.  IN RE BROWN;
No. 03–5857.  IN RE POWELL;
No. 03–5926.  IN RE COBBIN;
No. 03–6018.  IN RE AMBORT;
No. 03–6025.  IN RE SMITH;
No. 03–6093.  IN RE ABDUL-MATEEN, AKA BENNETT; and
No. 03–6156.  IN RE CRUZ.  Petitions for writs of habeas corpus denied.

No. 02–11159.  IN RE FERENC.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 03–5043.  IN RE PHELPS.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 03–5743.  IN RE PHELPS.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 03–5887.  IN RE GRAVES.  Motion of petitioner for leave *to proceed in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 02–1729.  IN RE BARCLAY ET AL.;
No. 02–1816.  IN RE JARMUTH;
No. 02–10496.  IN RE MORALES;
No. 02–10498.  IN RE KINGSBERRY;
No. 02–10542.  IN RE GARDELLA;
No. 02–10589.  IN RE BIERS;
No. 02–10659.  IN RE SEDGWICK;
No. 02–10841.  IN RE ACEVEDO;
No. 02–10963.  IN RE ROBBINS;
No. 02–10986.  IN RE TOWNSEND;